COPY

1  Thomas J. Brady, Esq. (SBN 185768)
   Donaldson & Cornwell
2  1017 East Grand Avenue
   Escondido, CA 92025
3  (760) 747-1100
4  (760) 747-1188 fax
   tbrady@donaldsonandcornwell.com
5
6  Attorneys for Plaintiffs,
   GCIU-Employer Retirement Fund and
7  Board of Trustees of the
   GCIU-Employer Retirement Fund
8

FILED
11 NOV -8 AM 11:43
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY:___

9               UNITED STATES DISTRICT COURT
       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

11 | GCIU-EMPLOYER RETIREMENT      ) CASE NO. CV11-09260 JHN
   | FUND AND BOARD OF TRUSTEES    )
12 | OF THE GCIU-EMPLOYER          ) COMPLAINT
   | RETIREMENT FUND               ) FOR COLLECTION OF
13 |                               ) WITHDRAWAL
   |                               ) LIABILITY PURSUANT TO ERISA
14 |        Plaintiffs,            ) § 4221(b)(1), 29 U.S.C. § 1401(b)(1)
   |   v.                          )
15 |                               )
16 | BROTHERS PRINTING &           )
   | LITHOGRAPHY, INC., a suspended)
17 | California corporation; BROTHERS)
   | PRINTING CO., INC., a suspended)
18 | California corporation; BROTHERS)
   | PRINTING AND LITHOGRAPHY, a   )
19 | general partnership; and BRIAN )
20 | COHEN, INC., a suspended California)
   | corporation                   )
21 |                               )
22 |        Defendants.            )
23 |_____)

24
25

COMPLAINT

1

## COMPLAINT

Plaintiffs, GCIU-Employer Retirement Fund and Board of Trustees of the GCIU-Employer Retirement Fund, for a cause of action against Defendants, Brothers Printing & Lithography, Inc.; Brothers Printing, Inc.; and Brian Cohen, Inc. (collectively "Defendants"), allege as follows:

## JURISDICTION AND VENUE

1. This is an action for collection of withdrawal liability, interest, and attorneys fees incurred by an employer as a result of a withdrawal from a multiemployer pension plan, which action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980, 29 U.S.C. § 1001 *et seq.* This court has jurisdiction over this action under sections 502(e), 502(f), and 4301(c) of ERISA, 29 U.S.C. §§ 1132(e), 1132(f), and 1451(c).

2. Venue lies in this Court under sections 502(e)(2) and 4301(d) of ERISA, 29 U.S.C. §§ 1132(e)(2) and 1451(d), in that the GCIU-Employer Retirement Fund ("Fund") is administered at its principal place of business in City of Industry, California.

## PARTIES

3. Plaintiff Fund is a multiemployer pension plan within the meaning of sections 3(37) and 4001(a)(3) of ERISA, 29 U.S.C. §§ 1002(37) and 1301(a)(3).

4. Plaintiff Board of Trustees of the GCIU-Employer Retirement Fund ("Board of Trustees") is comprised of the present trustees who are the named fiduciaries of the Fund within the meaning of section 402(a) of ERISA, 29 U.S.C. § 1102(a), and is the plan sponsor of the Fund within the meaning of sections 3(16)(B)(iii) and 4001(a)(10) of ERISA, 29 U.S.C. §§ 1002(16)(B)(iii) and 1301(a)(10). The Board

1  of Trustees administers the Fund at 13191 Crossroads Parkway North, Suite 205,
2  City of Industry, California 91746-3434.
3  5.  Pursuant to sections 502(a)(3) and 4301(a)(1) of ERISA, 29 U.S.C. §§
4  1132(a)(3) and 1451(a)(1), the Board of Trustees is authorized, as a named
5  fiduciary, to bring this action on behalf of the Fund, its participants and
6  beneficiaries for the purpose of collecting withdrawal liability. The Fund is also
7  authorized to bring this action in its own name pursuant to a provision contained
8  within Article VIII, Section 18 of the Fund's Trust Agreement, which permits all
9  legal actions to be prosecuted in the name of the Fund.
10 6.  Defendant Brothers Printing & Lithography, Inc. ("Brothers Lithography")
11 is a suspended California corporation. It was initially incorporated on or about
12 May 12, 1999, and was suspended by act of the Franchise Tax Board on or about
13 February 1, 2002. Brothers Lithography was re-incorporated under a new filing
14 with a separate identification number on or about February 7, 2003. The "new"
15 Brothers Lithography was also suspended by act of the Franchise Tax Board on or
16 about April 1, 2005.
17 7.  Plaintiffs are informed and believe and thereon allege that at all times
18 relevant, Defendant Brothers Lithography was a California general partnership or
19 joint venture consisting of two general partners: Defendant Brothers Printing Co.,
20 Inc. and Defendant Brian Cohen, Inc. (hereinafter "the Partnership").
21 8.  The Partnership is an "employer" as that term is defined by section 3(5) of
22 ERISA, 29 U.S.C. § 1002(5). As a general partnership, all partners of the
23 Partnership are held jointly and severally liable for the withdrawal liability
24 assessment.
25

9. At all times relevant, Defendant Brothers Printing Co., Inc. was a California corporation, incorporated on or about July 8, 1959. It has since been suspended by act of the Franchise Tax Board on or about March 1, 2010.

10. At all times relevant, Defendant Brian Cohen, Inc. was a California corporation, incorporated on or about January 25, 2000. It has since been suspended by act of the Franchise Tax Board on or about August 2, 2010.

## CLAIM FOR RELIEF

(Default on Payment Obligation for Withdrawal Liability)

11. Plaintiffs hereby reallege and incorporate each and every allegation made in paragraphs 1 through 10 of this Complaint as though fully set forth herein.

12. During all relevant times, Defendants were bound by a collective bargaining agreement with Graphic Communications International Union Local No. 404M, under which Defendants were required to make contributions to the Fund on behalf of certain of its employees. A true and correct copy of the collective bargaining agreement is attached hereto as Exhibit 1.

13. The Fund determined that on or about May 1, 2007, Defendants permanently ceased to have an obligation to contribute to the Fund and/or permanently ceased all covered operations, thereby effectuating a "complete withdrawal" from the Fund within the meaning of section 4203 of ERISA, 29 U.S.C. § 1383.

14. As a result of this complete withdrawal, the Fund provided Defendants with a Notice of Complete Withdrawal Liability and Demand for Payment ("Notice and Demand") dated May 6, 2008, pursuant to sections 4202(2) and 4219(b)(1) of ERISA, 29 U.S.C. §§ 1382(2) and 1399(b)(1). In accordance with ERISA and the Fund's Withdrawal Liability Procedures, the Fund's actuary determined that the withdrawal liability attributable to Defendants was $364,035. The Notice and

Demand included a detailed calculation of how the amount of the withdrawal liability assessment was calculated by the actuary. A true and correct copy of the Notice and Demand with the detailed calculations is attached hereto as Exhibit 2.

15. The Notice and Demand also provided Defendants with a payment schedule for the withdrawal liability assessment in accordance with the requirements of ERISA section 4219(c), 29 U.S.C. § 1399(c). Copies of the payment schedule are attachments 2 and 3 of Exhibit 2 attached hereto.

16. On August 8, 2008, the Fund provided via certified mail a Notice of Failure to Pay Withdrawal Liability and Demand for Cure ("Demand for Cure") to Defendants in accordance with section 4219(c)(5) of ERISA, 29 U.S.C. § 1399(c)(5). A true and correct copy of the Demand for Cure is attached hereto as Exhibit 3.

17. Subsequently, Defendants did not timely initiate arbitration pursuant to section 4221(a)(1) of ERISA, 29 U.S.C. § 1401(a)(1). Consequently, the amounts demanded by the Fund are due and owing pursuant to section 4221(b)(1) of ERISA, 29 U.S.C. § 1401(b)(1).

18. Plaintiffs also sent to Defendants a Withdrawal Liability Event Information Request Form. In response to this request for information, Defendants' agent/attorney provided Plaintiffs a letter dated November 16, 2010, which is attached hereto as Exhibit 4, identifying the Partnership as the employer that was the party to the collective bargaining agreement and stating that Brothers Printing Co., Inc. and Brian Cohen, Inc. were general partners of the Partnership owning 66 2/3% and 33 1/3%, respectively.

19. Defendants' agent/attorney also represented in Exhibit 4 that the Partnership/employer ceased operations on May 31, 2007, at which time the

Partnership ceased making contributions under the collective bargaining agreement.

20. Notwithstanding the demands that had been made upon them, Defendants have failed to make the required withdrawal liability payment(s) to the Fund and, thus, are in default within the meaning of section 4219(c)(5) of ERISA, 29 U.S.C. § 1399(c)(5).

WHEREFORE, Plaintiffs request the following relief:

(a) A judgment providing that Defendants, Brothers Lithography, Brothers Printing Co., Inc., and Brian Cohen, Inc., are jointly and severally liable for the withdrawal liability identified above, pursuant to law, including but not limited to sections 502(g)(2) and 4301(b) of ERISA, 29 U.S.C. §§ 1132(g)(2) and 1451(b), for:

    (i) that the withdrawal liability be established at $364,035;

    (ii) that the defendants be assessed interest at the prevailing market rate pursuant to section 4219(c)(6) of ERISA, 29 U.S.C. § 1399(c)(6) on the total amount of unpaid withdrawal liability due and owing from November 2008 until paid;

    (iii) Plaintiff's reasonable attorneys fees and costs of the action; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

(iv) such other legal and equitable relief as the Court deems appropriate.

Dated: November 7, 2011

_____
Thomas J. Brady
Donaldson & Cornwell
1017 East Grand Avenue
Escondido, CA 92025
(760) 747-1100
tbrady@donaldsonandcornwell.com
Attorneys for Plaintiffs

Name & Address:
THOMAS J. BRADY, ESQ. (SBN 185768)
DONALDSON & CORNWELL
1017 EAST GRAND AVENUE
ESCONDIDO, CA 92025
(760) 747-1100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND<br>PLAINTIFF(S)<br>v.<br>BROTHERS PRINTING & LITHOGRAPHY, INC., a suspended California corporation [see attachment]<br>DEFENDANT(S). | CASE NUMBER<br>CV11-09260 JEM<br><br>SUMMONS |

TO: DEFENDANT(S): BROTHERS PRINTING & LITHOGRAPHY, INC., a suspended California corporation [see attachment]

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __THOMAS J. BRADY, ESQ.__, whose address is __1017 EAST GRAND AVENUE, ESCONDIDO, CA 92025__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: NOV -8 2011

By: JULIE PRADO
     Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

---

CV-01A (12/07)                               SUMMONS

## ATTACHMENT TO SUMMONS

<u>Additional Defendants</u>
Brothers Printing Co., Inc., a suspended California corporation
Brothers Printing and Lithography, a general partnership
Brian Cohen, Inc., a suspended California corporation

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND

**DEFENDANTS**
BROTHERS PRINTING & LITHOGRAPHY, INC., a suspended California corporation, et al.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
DONALDSON & CORNWELL
1017 EAST GRAND AVENUE
ESCONDIDO, CA 92025    (760) 747.1100

**Attorneys (If Known)**
UNKNOWN

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ MONEY DEMANDED IN COMPLAINT: $ 364,035 + costs & attorney fees

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
ERISA SECTION 4221(b)(1), 29 U.S.C. SECTION 1401(b)(1) - COLLECTION OF WITHDRAWAL LIABILITY

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Act
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Info. Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus-Alien Detainee
- ☐ 465 Other Immigration Actions

**TORTS — PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 American with Disabilities - Employment
- ☐ 446 American with Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus/Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE / PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety /Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☒ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

CV11-09260

**FOR OFFICE USE ONLY:** Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                     CIVIL COVER SHEET                     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date _November 7, 2011_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |